UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-96 |
| | ) | (JORDAN/GUYTON) |
| RANDY L. HOLSTEIN, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF DETENTION PENDING TRIAL

The above-named defendant appeared in custody before the undersigned on September 1, 2005, for an arraignment and detention hearing. United States Attorney David C. Jennings was present for the government and Robert Kurtz was present as CJA Counsel for the defendant. The government moved for detention pursuant to 18 U.S.C. § 3142(e) at the defendant's initial appearance, held on August 30, 3005.

Counsel for the defendant announced that the defendant would waive the detention hearing, while reserving the right to move for a detention hearing at a later date. Defendant and defendant's counsel executed the appropriate Waiver of Detention Hearing.

Accordingly, the defendant is committed to the custody of the

Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

s/ H. Bruce Guyton
United States Magistrate Judge
